IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| JAMES ESTAKHRIAN, on behalf of himself and all others similarly situated,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MARK OBENSTINE, BENJAMIN F EASTERLIN IV, TERRY A.COFFING, King & Spalding, LLP, and MARQUIS & AURBACH, P.C.,<br><br>　　　　　Defendants. | Case No. CV11-3480 GAF (CWX)<br><br>**ORDER GRANTING CONTINUANCE OF HEARING ON DEFENDANTS' MOTIONS TO DISMISS AND ANTI-SLAPP MOTION**<br><br>**DATE: OCTOBER 3, 2011**<br>**TIME: 9:30 A.M.**<br><br>Judge: Hon. Gary A. Feess |

　　Having reviewed the Joint Stipulation for Continuance of Hearing on Defendants' Motions to Dismiss and Anti-SLAPP Motion, and good cause appearing, the Joint Parties' request is granted and the hearing on these motions is now set for October 24, 2011 at 9:30 a.m.. Pursuant to the Joint Stipulation, Plaintiff's responses to the motions are now due on September 26, and Defendants' replies in support of their motions are due by October 10.

　　Dated: September 12, 2011

　　　　　　　　　　　　　　　IT IS SO ORDERED.

　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　Hon. Gary A. Feess
　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1
ORDER CONTINUING HEARING ON PENDING MOTIONS