S. RON ALIKANI, ESQ. (SBN 206939)
E-mail: ralikani@irvinelawgroup.com
IRVINE LAW GROUP, LLP
7700 Irvine Center Dr., Suite 800
Irvine, CA 92618
Telephone: 949-653-6153
Facsimile: 949-653-1277
*Attorneys for Plaintiff and Proposed Class*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES ESTAKHRIAN, on behalf of himself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>MARK OBENSTINE, BENJAMIN F. EASTERLIN IV, TERRY A. COFFING, King & Spalding, LLP, and MARQUIS & AURBACH, P.C.,<br><br>Defendants. | CASE NO.  CV 11-3480 GAF (CWX)<br><br>**ORDER GRANTING STIPULATED PROTECTIVE ORDER GOVERNING USE AND DISCLOSURE OF CONFIDENTIAL INFORMATION**<br><br>**Assigned to Hon. Gary A. Feess; Discovery Motions Assigned to Magistrate Judge Carla Woehrle** |

Good cause having been shown for the necessity of a Protective Order in this matter, it is hereby ordered that the terms of the Stipulated Protective Order Governing Use and Disclosure of Confidential Information be followed as specified in that Stipulated Protective Order.

DATED: February 6, 2012          _____
                                                                Judge

1

PLAINTIFF'S MOT. UNDER FED.R.CIV.P. 45(D)(2)(B)