1  S. RON ALIKANI, ESQ. (SBN 206939)
   E-mail: ralikani@irvinelawgroup.com
2  IRVINE LAW GROUP, LLP
3  7700 Irvine Center Dr., Suite 800
   Irvine, CA 92618
4  Telephone:  949-653-6153
5  Facsimile:  949-653-1277
   *Attorneys for Plaintiff and Proposed Class*

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES ESTAKHRIAN, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MARK OBENSTINE, BENJAMIN F. EASTERLIN IV, TERRY A. COFFING, King & Spalding, LLP, and MARQUIS & AURBACH, P.C.,<br><br>Defendants. | Case No. CV11-3480 FMO (CWX)<br><br>**Assigned to Hon. Fernando M. Olguin; Discovery Motions Assigned to Magistrate Judge Carla Woehrle**<br><br>**ORDER GRANTING CONFIDENTIALITY STIPULATION AND PROTECTIVE ORDER** |

On reading the Confidentiality Stipulation and Protective Order and good cause appearing,

   IT IS SO ORDERED.

   *Carla M. Woehrle*

Dated:  November 18, 2013        _____
                                                   JUDGE