```
                                    FILED
                          CLERK, U.S. DISTRICT COURT

                               JAN - 8 2014

                          CENTRAL DISTRICT OF CALIFORNIA
                          BY                      DEPUTY
```

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| JAMES ESTAKHRIAN, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>MARK OBENSTINE, BENJAMIN F. EASTERLIN IV, TERRY A. COFFING, KING & SPAULDING, LLP, and MARQUIS & AURBACH, PC.,<br><br>Defendants. | CASE NO. CV-11-3480 FMO (CWx)<br><br>[PROPOSED] ORDER GRANTING STIPULATED PROTECTIVE ORDER GOVERNING USE AND DISCLOSURE OF CONFIDENTIAL INFORMATION<br><br>Assigned to Hon. Fernando M. Olguin<br>Discovery Motions Assigned to Magistrate Judge Carla Woehrle |

    Good cause having been shown for the necessity of a Protective Order in this matter, it is hereby ordered that the terms of the Stipulated Protective Order Governing Use and Disclosure of Confidential Information be followed as specified in that Stipulated Protective order.

DATED: _January 8, 2014_

_Carla M. Woehrle_
Judge

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

[PROPOSED] ORDER RE STIPULATED PROTECTIVE ORDER GOVERNING USE
AND DISCLOSURE OF CONFIDENTIAL INFORMATION