IRVINE LAW GROUP LLP
S. Ron Alikani (SBN 206939)
ralikani@irvinelawgroup.com
780 Roosevelt
Irvine, California 92620
Telephone: (949) 653-6153
Facsimile: (949) 653-1277

*Additional Plaintiff's Counsel listed on signature page*

Attorneys for Plaintiff James Estakhrian and Proposed Class

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| JAMES ESTAKHRIAN, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MARK OBENSTINE, BENJAMIN F. EASTERLIN IV, KING & SPALDING, LLP,<br><br>Defendants. | Case No. CV11-3480 FMO (CWX)<br><br>**PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR ATTORNEYS' FEES AND COSTS**<br><br>Hearing Date:   October 22, 2015<br>Time:           10:00 a.m.<br>Courtroom:      22<br><br>Hon. Fernando M. Olguin |

# NOTICE OF MOTION

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

Please take notice that on October 22, 2015 at 10:00 a.m., or such other date as the Court selects, Plaintiffs James Estakhrian and Alex Naziri,[1] will, and hereby do, move for the following awards of attorneys' fees and costs to Class Counsel and service awards to the Class Representatives to be paid out of the total common Settlement Fund, which amounts to $1,306,082.47 (not including the cost of notice and settlement administration):

1. Attorneys' fees to Class Counsel of 25% of the Settlement Fund, which equals $1,156,250.00;

2. An award of costs to Class Counsel for expenses incurred in the prosecution of all claims on behalf of the Settlement Class, which amounts to $139,832.47;

3. A service award of $7,500.00 to Class Representative James Estakhrian, and a service award of $2,500.00 to Class Representative Alex Naziri.

This motion is brought pursuant to Rules 23(h) and 54(d)(2) of the Federal Rules of Civil Procedure, the Court's July 9, 2015 Minute Order (R. Doc. 330), and the parties' Settlement Agreement. It is based on this Notice, the memorandum of points and authorities set forth below, the accompanying declarations of Class Counsel, the accompanying declarations of the Class Representatives, all other papers and records in the Court's file, and such other and further matters as may be presented at the hearing.

---

[1] Although the Court has not approved the addition of Plaintiff Naziri as a named Plaintiff, for purposes of this Settlement Agreement the parties are assuming that such approval will be forthcoming. Should such approval be denied, Mr. Naziri would not be entitled to any service award and there would be no requirement that Mr. Naziri be appointed as a Class Representative.

1  Dated: September 9, 2015

2                                        **IRVINE LAW GROUP, LLP**
3                                        By: /s/ S. Ron Alikani
                                         S. Ron Alikani, Esq. (SBN 206939)
4                                        780 Roosevelt
                                         Irvine, CA 92618
5                                        Telephone: 949-653-6153
6                                        Facsimile: 949-653-1277
                                         ralikani@irvinelawgroup.com
7

8                                        **MEHRI & SKALET PLLC**
9                                        By: /s/ Steven A. Skalet
                                         Steven A. Skalet, Esq. (*Pro Hac Vice*)
10                                       1250 Connecticut Avenue, NW Suite 300
11                                       Washington, DC 20036
                                         Telephone: (202) 822-5100
12                                       Facsimile: (202) 822-4997
13                                       sskalet@findjustice.com

14
                                         **FAY LAW GROUP PLLC**
15                                       By: /s/ Raymond C. Fay
16                                       Raymond C. Fay (*Pro Hac Vice*)
                                         1250 Connecticut Avenue NW, Suite 200
17                                       Washington, DC 20036
18                                       Telephone: 202-263-4604
                                         Facsimile: 202-261-3508
19                                       rfay@faylawdc.com
20
21                                       **CHAVEZ & GERTLER LLP**
                                         By: /s/ Mark A. Chavez
22                                       Mark A. Chavez (SBN 090858)
23                                       Dan Gildor (SBN 223027)
                                         42 Miller Avenue
24                                       Mill Valley, California 94941
25                                       Telephone: (415) 381-5599
26                                       Facsimile: (415) 381-5572
                                         mark@chavezgertler.com
27                                       dan@chavezgertler.com
28