IRVINE LAW GROUP, LLP
S. Ron Alikani (SBN 206939)
780 Roosevelt
Irvine, California 92620
Telephone: (949) 653-6153
Facsimile: (949) 653-1277
ralikani@irvinelawgroup.com

*Additional counsel listed on signature page*

Attorneys for Plaintiffs and the Proposed Class

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

JAMES ESTAKHRIAN and ABDI NAZIRI, on behalf of themselves and all others similarly situated,

Plaintiffs,

v.

MARK OBENSTINE, BENJAMIN F. EASTERLIN IV, TERRY A. COFFING, KING & SPALDING, LLP and MARQUIS & AURBACH, P.C.,

Defendants.

**Case No. 2:11-cv-3480-FMO-CW**

CLASS ACTION

**DECLARATION OF STEVEN A. SKALET IN SUPPORT OF PLAINTIFFS' MOTION FOR ATTORNEYS' FEES AND COSTS**

Hrg. Date: January 14, 2016
Time: 10:00 a.m.
Hon. Fernando M. Olguin

**DECLARATION OF STEVEN A. SKALET**

I, Steven A. Skalet, declare as follows:

1. I am one of the attorneys for plaintiffs in this case and a founder and principal of Mehri & Skalet, PLLC in Washington, DC. I give this declaration in support of Plaintiffs' Renewed Motion for Attorneys' Fees and Costs.

2. I am a 1971 graduate of the University of Pennsylvania School of Law and have been in continuous practice since graduation. More information about Mehri & Skalet and my biography is attached to Plaintiffs' Renewed Motion for Preliminary Approval of Settlement Agreement. I am a member of the Bars of the District of Columbia and Maryland and numerous federal courts.

3. I and my firm have substantial class action experience. I believe that the fees requested are reasonable considering the work required to litigate and successfully settle this case and the risk undertaken by Plaintiffs' Counsel, including the risk of advancing out-of-pocket costs in a contingency case and the risk of non-payment of fees if the case were not won. The attorneys' fee requested is further justified in light of the fact that it represents significantly less than Plaintiffs' Counsel's combined lodestars to date.

4. Mehri & Skalet maintains regular hourly billing rates for all attorneys, paralegals, and law clerks whose case-related work time is billed, which are generally consistent with court-approved Adjusted Laffey rates. It is submitted that these rates are reasonable for attorneys of similar experience, reputation and expertise, and is consistent with the prevailing market rates for attorneys with comparable levels of experience.

5. The lodestar amount (hours worked times hourly rates) is based on the time recorded in contemporaneous billing records. My firm logs the billable time of its billing attorneys and paralegals in a detailed, contemporaneous, and task-specific manner, on a daily basis. Such billing records have been maintained for this case. The tasks on which work was done, on an individual timekeeper and a day-by-day

basis is specified in the detailed time entries, which we can make available for *in camera* review at the Court's request.

6. I have reviewed the billing records from my firm and certify to the Court that these records accurately reflect work reasonably and necessarily performed in connection with the litigation of this matter. I have exercised billing judgment and reduced duplicative hours and time billed by attorneys and paralegals of marginal importance to the case. Additional time will, of course, be spent in completing the final approval process, assuring payout to the class, and responding to questions of class members.

7. A summary of the hours billed to this case from September 2010 through November 15, 2015 is attached to this declaration as Exhibit A. The lodestar amount for Mehri & Skalet's representation of plaintiffs is $2,225,630.35. Expenses incurred through November 15, 2015 by Mehri & Skalet in connection with the case are $110,616.88 broken down as shown on Exhibit B.

8. At the Court's direction, we have not billed for electronic research nor for common office overhead such as telephone, faxes and regular mail. We did not bill for charges relating to entering our appearances *pro hac vice*. We have included expenses for overnight mail deliveries and for the costs of offsite and onsite printing and copying relating to the litigation, such as copying documents produced in discovery, depositions, exhibits and other litigation related matters. We have charged onsite copying and printing at $.15 per page for black and white and $.35 for color copies. We combined our charges for onsite copying and printing because the distinction is only whether the paper copies produced were sent from an electronic computer file (printed) or were scanned from paper (copied).

9. Plaintiffs' counsel have not included any contributions to the firms' litigation fund. Since we maintained the litigation fund, we have included litigation expenses that were paid directly from the litigation fund.

I declare under penalty of perjury that the foregoing is true and correct.

[signature]

Steven A. Skalet

Executed this 2nd day of December, 2015 in Washington, D.C.

*Additional counsel for Plaintiffs:*

**MEHRI & SKALET PLLC**
Steven A. Skalet, Esq. (*Pro Hac Vice*)
1250 Connecticut Avenue, NW Suite 300
Washington, DC 20036
Telephone: (202) 822-5100
Facsimile: (202) 822-4997
sskalet@findjustice.com

**FAY LAW GROUP PLLC**
Raymond C. Fay (*Pro Hac Vice*)
1250 Connecticut Avenue NW, Suite 200
Washington, DC 20036
Telephone: 202-263-4604
Facsimile: 202-261-3508
rfay@faylawdc.com

**CHAVEZ & GERTLER LLP**
Mark A. Chavez (SBN 090858)
Dan Gildor (SBN 223027)
42 Miller Avenue
Mill Valley, California 94941
Telephone: (415) 381-5599
Facsimile: (415) 381-5572
mark@chavezgertler.com
dan@chavezgertler.com

# EXHIBIT A

## Mehri & Skalet PLLC

| | Hours | Hourly Rate | Amount |
|---|---|---|---|
| Steven A. Skalet, Principal | 665.97 | $790.00 | $526,113.67 |
| Cyrus B. Mehri, Principal | 8.85 | $790.00 | $6,991.50 |
| Raymond C. Fay, Of Counsel[1] | 758.12 | $790.00 | $598,912.17 |
| Michael D. Leider, Of Counsel | 1.70 | $790.00 | $1,343.00 |
| Ellen L. Eardley, Partner | 6.90 | $655.00 | $4,519.50 |
| Taryn Wilgus-Null, Associate | 305.27 | $580.00 | $177,054.67 |
| Karla A. Gilbride, Associate | 1246.24 | $580.00 | $722,815.34 |
| Teresa N. Yeh, Associate | 2.70 | $400.00 | $1,080.00 |
| Danielle E. Davis, Associate | 83.40 | $400.00 | $33,360.00 |
| Joanna K. Wasik | 33.50 | $325.00 | $10,887.50 |
| Ingrid N. Babri | 6.00 | $325.00 | $1,950.00 |
| Pia M. Winston, Associate | 5.75 | $325.00 | $1,868.75 |
| Law Clerks | 28.3 | $200.00 | $5,660.00 |

[1] This figure represents hours billed by Raymond C. Fay through October 31, 2013.

| | | | |
|---|---|---|---|
| Paralegals | 650.82 | $195.00 | $126,909.25 |
| Paralegals | 34.25 | $180.00 | $6,165.00 |
| **TOTAL** | | | **$2,225,630.35** |

# EXHIBIT B

## Mehri & Skalet PLLC

| **Expenses** | **Amount** |
|---|---|
| Depositions | $21,082.20 |
| Experts | $29,708.86 |
| Filing Fees | $1,810.50 |
| Litigation Document Management | $4,297.00 |
| Lodging | $4,873.59 |
| Meals | $2,203.62 |
| Mediation | $9,150.00 |
| PACER fees | $495.26 |
| Parking | $409.00 |
| Printing (BW& Color) and Copying | $ 7,079.71 |
| Process Service | $ 898.34 |
| Transcripts | $ 13,198.25 |
| Travel | $ 14,940.60 |
| Overnight Delivery | $ 469.95 |
| **TOTAL** | **$110,616.88** |