# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 11-3480 FMO (CWx) | Date | April 11, 2016 |
|---|---|---|---|
| Title | James Estakhrian, et al. v. Mark Obenstine, et al. | | |

Present: The Honorable  Fernando M. Olguin, United States District Judge

| Vanessa Figueroa | None | None |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorney Present for Plaintiff(s):   Attorney Present for Defendant(s):

None Present                            None Present

**Proceedings:**   (In Chambers) Order to Show Cause

The Court's Order Re: Appointment of Special Master, (Dkt. 358, Court's Order of September 14, 2015), provides that "Plaintiff[s] and Obenstine will equally bear the costs of the Special Master, who shall bill each party directly for her services." (Id. at 3). The court has been advised that neither party has paid the outstanding balance due to the Special Master pursuant to the Court's Order of September 14, 2015. Accordingly, IT IS ORDERED that plaintiffs, defendant Mark Obenstine, and their counsel shall appear before the court on **April 21, 2016**, at **10:00 a.m.** in Courtroom 22 of the Spring Street courthouse and **shall show cause why sanctions should not be imposed against the parties and/or their counsel for failure to comply with the Court's Order of September 15, 2015. A party's filing of proof of payment prior to April 21, 2016, shall be considered a satisfactory response to the Order to Show Cause**.

|  | 00 : 00 |
|---|---|
| Initials of Preparer | vdr |