1  CHAVEZ & GERTLER LLP
2  Mark A. Chavez (SBN 090858)
   Nance F. Becker (SBN 099292)
3  42 Miller Avenue
4  Mill Valley, California 94941
   Telephone: (415) 381-5599
5  Facsimile: (415) 381-5572
6  mark@chavezgertler.com
   nance@chavezgertler.com
7
8  *Additional counsel listed on signature page*

9  Attorneys for Plaintiffs James Estakhrian,
10 Abdi Naziri and the Settlement Class

11

12                 IN THE UNITED STATES DISTRICT COURT

13                FOR THE CENTRAL DISTRICT OF CALIFORNIA
14

15 | JAMES ESTAKHRIAN and ABDI         | ) **Case No. 2:11-cv-3480-FMO-CW**
16 | NAZIRI, on behalf of themselves and | )
   | all others similarly situated,    | ) <u>CLASS ACTION</u>
17 |                                    | )
18 |            Plaintiffs,             | ) **PLAINTIFFS' NOTICE OF AND**
   | v.                                 | ) **MOTION FOR FINAL APPROVAL**
19 |                                    | ) **OF SETTLEMENT AS TO**
20 | MARK OBENSTINE, BENJAMIN F.        | ) **DEFENDANTS EASTERLIN AND**
   | EASTERLIN IV, TERRY A.             | ) **KING & SPALDING**
21 | COFFING, KING & SPALDING, LLP      | )
22 | and MARQUIS & AURBACH, P.C.,       | ) Hrg. Date: June 14, 2016
   |                                    | ) Time: 10:00 a.m.
23 |            Defendants.             | ) Hon. Fernando M. Olguin

---

## NOTICE AND MOTION

PLEASE TAKE NOTICE that on June 14, 2016 at 10:00 a.m., or as soon thereafter as the matter may be heard in Courtroom 22 of the United States District Court for the Central District of California, located at 312 North Spring Street, Los Angeles, CA 90012, Plaintiffs James Estakhrian and Abdi Naziri will, and they hereby do, move the Court for an order finally approving the class action settlement with Defendants King & Spalding LLP and Benjamin F. Easterlin, awarding attorneys' fees and costs to Class Counsel, and awarding service awards to the class representatives.

Such an order is appropriate because the settlement, which was preliminarily approved on February 16, 2016 (Dkt. 418), is fair and reasonable and has received the overwhelming approval of the settlement class: no timely objections were filed, and only two (2) timely requests for exclusion were received.

The motion is based on this Notice and the Memorandum of Points and Authorities and Declaration of Nance F. Becker filed herewith; the previously-filed documents and records in this action; and such further evidence and argument as may be submitted or presented at the hearing of this matter. The date and time of the hearing were set in the Preliminary Approval Order, and the class notice apprised the class members of that information.

Dated:  May 20, 2016               Respectfully submitted,

                                   IRVINE LAW GROUP LLP
                                   MEHRI & SKALET PLLC
                                   FAY LAW GROUP PLLC
                                   CHAVEZ & GERTLER LLP

                              By:  */s/ Nance F. Becker*
                                   Nance F. Becker
                                   Attorneys for Plaintiff and Proposed Class

*Additional counsel for plaintiffs:*

---

1

PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR FINAL APPROVAL OF SETTLEMENT AS TO DEFENDANTS EASTERLIN AND KING & SPALDING

| | |
|---|---|
| 1 | IRVINE LAW GROUP, LLP |
| 2 | S. Ron Alikani (SBN 206939) |
| | 780 Roosevelt |
| 3 | Irvine, California 92620 |
| 4 | Telephone:  (949) 653-6153 |
| | Facsimile:   (949) 653-1277 |
| 5 | ralikani@irvinelawgroup.com |
| 6 | |
| | MEHRI & SKALET PLLC |
| 7 | Steven A. Skalet, Esq. (Pro Hac Vice) |
| 8 | 1250 Connecticut Avenue, NW Suite 300 |
| | Washington, DC 20036 |
| 9 | Telephone: (202) 822-5100 |
| 10 | Facsimile: (202) 822-4997 |
| | sskalet@findjustice.com |
| 11 | |
| 12 | FAY LAW GROUP PLLC |
| | Raymond C. Fay (Pro Hac Vice) |
| 13 | 1250 Connecticut Avenue NW, Suite 200 |
| 14 | Washington, DC 20036 |
| | Telephone: 202-263-4604 |
| 15 | Facsimile: 202-722-1393 |
| 16 | rfay@faylawdc.com |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

2

PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR FINAL APPROVAL OF
SETTLEMENT AS TO DEFENDANTS EASTERLIN AND KING & SPALDING