```
                    FILED
            CLERK, U.S. DISTRICT COURT

                   JUN  1 2016

            CENTRAL DISTRICT OF CALIFORNIA
            BY                      DEPUTY
```

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES ESTAKHRIAN, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MARK OBENSTINE, BENJAMIN F. EASTERLIN IV, TERRY A. COFFING, KING & SPALDING, LLP and MARQUIS & AURBACH, P.C.,<br><br>Defendants. | Case No. 2:11-cv-3480-FMO-CW<br><br>CLASS ACTION<br><br>[PROPOSED] ORDER GRANTING STIPULATION TO EXTEND DEADLINE FOR FILING PLAINTIFFS' MOTION FOR ATTORNEY'S FEES AND COSTS<br><br>(JAMS REF# 1220052101)<br><br>Special Master:<br>Hon. Rosalyn Chapman (Ret.) |

Having reviewed the Stipulation To Extend Deadline For Filing Plaintiffs' Motion for Attorney's Fees and Costs, and good cause appearing, it is hereby ordered that the deadline for Plaintiffs' motion for attorney's fees and as set forth in Court's order of May 18, 2016 [Dkt # 468] is extended to June 10, 2016.

IT IS SO ORDERED.

June 1, 2016

_____
Hon. Rosalyn Chapman (Ret.)
Special Master

**PROOF OF SERVICE BY EMAIL & U.S. MAIL**

Re: Estakhrian, James vs. Obenstine, Mark, et al.
Reference No. 1220052101

I, Lulu Santos, not a party to the within action, hereby declare that on June 02, 2016, I served the attached ORDER GRANTING STIPULATION TO EXTEND DEADLINE FOR FILING PLAINTIFFS' MOTION FOR ATTORNEY'S FEES AND COSTS on the parties in the within action by Email and by depositing true copies thereof enclosed in sealed envelopes with postage thereon fully prepaid, in the United States Mail, at Los Angeles, CALIFORNIA, addressed as follows:

Harry A. Safarian Esq.
Safarian & Baroian, LLP
1000 N Central Ave
Suite 210
Glendale, CA 91202
Phone: (818) 334-8528
hs@thesbfirm.com
    Parties Represented:
    Mark Obenstine

Steven A. Skalet Esq.
Mehri & Skalet PLLC
1250 Connecticut Ave.
Suite 300
Washington, DC 20036
Phone: 202-822-5100
sskalet@findjustice.com
    Parties Represented:
    James Estakhrian

Mark A. Chavez Esq.
Chavez & Gertler LLP
42 Miller Ave.
Mill Valley, CA 94941
Phone: 415-381-5599
mark@chavezgertler.com
    Parties Represented:
    James Estakhrian

S. Ron Alikani Esq.
Irvine Law Group LLP
7700 Irvine Center Dr.
Suite 800
Irvine, CA 92618
Phone: 949-653-1200
ralikani@irvinelawgroup.com
    Parties Represented:
    James Estakhrian

Raymond C. Fay Esq.
Fay Law Group
1250 Connecticut Avenue, NW
Suite 200
Washington, DC 20036
Phone: (202) 263-4604
rfay@faylawdc.com
    Parties Represented:
    James Estakhrian

Hon. Fernando M. Olguin
United States District Court
Central District
312 North Spring
Los Angeles, CA 90012
Phone: 213-894-8533
(VIA MAIL ONLY)

I declare under penalty of perjury the foregoing to be true and correct. Executed at Los Angeles, CALIFORNIA on June 02, 2016.

_____
Lulu Santos
lsantos@jamsadr.com