Harry A. Safarian (SBN 204106)
SAFARIAN & BAROIAN, LLP
1000 N. Central Avenue, Suite 210
Glendale, California 91202

Tel.: (818) 334-8528
Fax: (818) 334-8107

hs@safarianfirm.com

Attorneys for Defendant, MARK OBENSTINE



FILED
CLERK, U.S. DISTRICT COURT

JUN 2 9 2016

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES ESTAKHRIAN and ABDI NAZIRI, on behalf of themselves and all others similarly situated,<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>MARK OBENSTINE, BENJAMIN F. EASTERLIN IV, TERRY A COFFING, KING & SPALDING, LLP, and MARQUIS & AURBACH, P.C.,<br><br>　　　　Defendants. | Case No.: CV11-3480 FMO<br>**ORDER RE:**<br>**STIPULATION TO EXTEND**<br>**DEADLINE FOR FILING**<br>**OPPOSITION TO PLAINTIFFS'**<br>**MOTION FOR ATTORNEY'S FEES**<br>**AND COSTS**<br><br>JAMS REF# 1220052101<br><br>Special Master:<br>Hon. Roselyn Chapman (Ret.) |

　　　　WHEREAS, the Special Master has set July 1, 2016 as the deadline for Mark Obenstine to file his Opposition to Plaintiff's motion for attorneys' fees and costs relating to their motion for sanctions ("Fee Motion");

　　　　WHEREAS, Mr. Obenstine stipulated to, and the Special Master granted, Plaintiffs a 10-day extension to file their Fee Motion;

　　　　WHEREAS, Plaintiff's counsel agreed, at the time Obenstine granted

1

1   Plaintiffs a 10-day extension, that they would grant the same extension to Obenstine
2   to file his Opposition should he request one,

3         WHEREAS, Obenstine seeks such an extension, which has been necessitated
4   by a family emergency concerning a relative who has suffered serious health
5   problems, including a leg amputation, and Obenstine's counsel has taken substantial
6   time away from his practice to deal with same,

7         NOW, THEREFORE, IT IS HEREBY STIPULATED, by and between the
8   Parties, and through their respective Counsel, that Obenstine shall have until July
9   11, 2016 to file his Opposition to the Fees Motion, and Plaintiffs' deadline to file a
10  reply shall be extended from July 22, 2016 by 10 days to August 1, 2016.

11

12                          SAFARIAN & BAROIAN, LLP

13

14  Date: June 28, 2016        By: /S/  Harry A. Safarian
15                                  HARRY A. SAFARIAN
                                    Attorneys for Defendant,
16                                  MARK OBENSTINE

17

18                          IRVINE LAW GROUP, LLP

19

20  Date: June 28, 2016        By: /S/  s. Ron Alikani
                                    S. Ron Alikani
21                                  Attorneys for Plaintiffs and Proposed Class

22

23

24        IT IS HEREBY ORDERED that the Special Master approves parties'
25  stipulation to extend the deadlines for filing the opposition to plaintiffs' motion for
26  attorney fees and costs and the reply thereto.

27
    June 29, 2016
28                          _____
                            Hon. Rosalyn Chapman (Ret.), Special Master

                                    2

## PROOF OF SERVICE BY EMAIL & U.S. MAIL

Re: Estakhrian, James vs. Obenstine, Mark, et al.
Reference No. 1220052101

I, Gregory Shackelford, not a party to the within action, hereby declare that on  June 29, 2016, I served the attached STIPULATION TO EXTEND DEADLINE APPROVED BY SPECIAL MASTER on the parties in the within action by Email and by depositing true copies thereof enclosed in sealed envelopes with postage thereon fully prepaid, in the United States Mail, at Los Angeles, CALIFORNIA, addressed as follows:

Harry A. Safarian Esq.
Safarian & Baroian, LLP
1000 N Central Ave
Suite 210
Glendale, CA   91202
Phone: (818) 334-8528
hs@thesbfirm.com
    Parties Represented:
    Mark Obenstine

Mark A. Chavez Esq.
Chavez & Gertler LLP
42 Miller Ave.
Mill Valley, CA   94941
Phone: 415-381-5599
mark@chavezgertler.com
    Parties Represented:
    James Estakhrian

Raymond C. Fay Esq.
Fay Law Group
1250 Connecticut Avenue, NW
Suite 200
Washington, DC   20036
Phone: (202) 263-4604
rfay@faylawdc.com
    Parties Represented:
    James Estakhrian

Steven A. Skalet Esq.
Mehri & Skalet PLLC
1250 Connecticut Ave.
Suite 300
Washington, DC   20036
Phone: 202-822-5100
sskalet@findjustice.com
    Parties Represented:
    James Estakhrian

S. Ron Alikani Esq.
Irvine Law Group LLP
7700 Irvine Center Dr.
Suite 800
Irvine, CA   92618
Phone: 949-653-1200
ralikani@irvinelawgroup.com
    Parties Represented:
    James Estakhrian

Hon. Fernando M. Olguin
United States District Court
Central District
312 North Spring
Los Angeles, CA   90012
Phone: 213-894-8533
NOT AVAILABLE
    Parties Represented:

I declare under penalty of perjury the foregoing to be true and correct. Executed at Los Angeles, CALIFORNIA on  June 29, 2016.

Gregory Shackelford
gshackelford@jamsadr.com