# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES ESTAKHRIAN and ABDI NAZIRI, on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>MARK OBENSTINE, et al.<br><br>    Defendants. | Case No. CV 11-3480 FMO (CWx)<br><br>**JUDGMENT PURSUANT TO FED. R. CIV. P. 54(b)** |

Pursuant to the Court's Order Re: Final Approval of Class Action Settlement; Approval of Attorney's Fees, Costs & Service Awards, filed contemporaneously with the filing of this Judgment, the court hereby find that there is no just reason to delay the entry of judgment with respect to plaintiffs' claims against the settling defendants, Benjamin F. Easterlin and King & Spalding, LLC (collectively, "defendants"). Accordingly, IT IS ADJUDGED THAT:

1. Defendants shall pay plaintiff James Estakhrian a service award of $7,500 (seven thousand, five hundred dollars) and plaintiff Abdi Naziri a service award of $2,500 (two thousand, five hundred dollars) in accordance with the terms of the Settlement Agreement.

2. Defendants shall pay class counsel attorney's fees in the amount of $1,156,250 (one million, one-hundred fifty-six thousand, two-hundred fifty dollars) and costs in the amount of

1 $136,202.44 (one-hundred thirty-six thousand, two-hundred two dollars and forty-four cents) in accordance with the terms of the Settlement Agreement.

3. The Claims Administrator, A.B. Data, shall be paid for its fees and expenses in connection with the administration of the Settlement Agreement, in accordance with the terms of the Settlement Agreement.

4. The National Consumer Law Center, as the cy pres beneficiary, shall receive any unclaimed settlement funds, in accordance with the terms of the Settlement Agreement.

5. Except as to any class members who have validly and timely requested exclusion, the claims against defendants Benjamin F. Easterlin and King & Spalding, LLC are hereby **dismissed with prejudice**.

Dated this 24th day of October, 2016.

/s/
Fernando M. Olguin
United States District Judge