| | |
|---|---|
| **From:** | hs@safarianfirm.com |
| **To:** | "mark@chavezgertler.com" |
| **Subject:** | FW: Activity in Case 2:11-cv-03480-FMO-CW James Estakhrian v. Mark Obenstine et al Motion to Alter Judgment |
| **Date:** | Wednesday, April 24, 2019 7:24:00 AM |

Mark, I received the request to alter judgment. Judge Olguin never approved the special master's findings. For good reason, it seems. If the judgment is altered as requested, we are going to end up in another year or two of proceedings litigating the issue. This needs to come to an end. Also, there was no meet and confer as required by the local rules before filing this motion. Given my efforts to help you and Obenstine come to a resolution, I found the motion surprising, especially since nothing was said about the subject.

Where are you with Obenstine on settlement talks?

Thanks,


Harry A. Safarian
THE SAFARIAN FIRM, APC
3150 Montrose Avenue
Glendale, California 91214
818.334.8528
818.334.8107 Fax

This e-mail message and any attachments are confidential and may be attorney-client privileged. Dissemination, distribution or copying of this message or attachments without proper authorization is strictly prohibited. If you are not the intended recipient, please notify THE SAFARIAN FIRM, APC immediately by telephone or by e-mail, and permanently delete the original, and destroy all copies, of this message and all attachments.

Circular 230 Disclosure: To assure compliance with Treasury Department rules governing tax practice, we hereby inform you that any advice contained herein (including in any attachment) (1) was not written or intended to be used, and cannot be used, by you or any taxpayer for the purpose of avoiding any penalties that may be imposed on you or any taxpayer and (2) may not be used or referred to by you or any other person in connection with promoting, marketing or recommending to another person any transaction or matter addressed herein.