| | |
|---|---|
| **From:** | hs@safarianfirm.com |
| **To:** | "Steve Skalet"; "mark@chavezgertler.com"; "Ron Alikani"; "Ray Fay" |
| **Subject:** | Estakhrian v. Obenstine |
| **Date:** | Friday, May 3, 2019 3:08:00 PM |

Gentleman,

As you know by now, I no longer represent Mark Obenstine. I will not be involved in any proceedings concerning the appeals that have been filed.

I received your motion to amend the judgment. As you know, Judge Olguin did not approve the Special Master's recommendations on the subject motions, and no request was made of the Court to do so. In not approving the recommendations, Judge Olguin implicitly denied the Special Master's proposal. Absent an order from Judge Olguin, which was not issued, it appears there is nothing to amend the judgment with. Also, there was never a meet and confer for us to discuss these issues.

As you also know, I went to pains to assist you in streamlining the trial, and worked cooperatively with you to try to get the matter resolved. Like you, I was also disappointed the case did not resolve informally.

The motion to amend appears substantively and procedurally improper. I believe very strongly that it will be denied. I ask that you consider withdrawing it, or that one of you give me a call to discuss it. It is my preference to avoid submitting an opposing or spending further time on these matters. I would appreciate hearing from one of you at your earliest opportunity.

Thanks,


Harry A. Safarian
THE SAFARIAN FIRM, APC
3150 Montrose Avenue
Glendale, California 91214
818.334.8528
818.334.8107 Fax

This e-mail message and any attachments are confidential and may be attorney-client privileged. Dissemination, distribution or copying of this message or attachments without proper authorization is strictly prohibited. If you are not the

intended recipient, please notify THE SAFARIAN FIRM, APC immediately by telephone or by e-mail, and permanently delete the original, and destroy all copies, of this message and all attachments.

Circular 230 Disclosure: To assure compliance with Treasury Department rules governing tax practice, we hereby inform you that any advice contained herein (including in any attachment) (1) was not written or intended to be used, and cannot be used, by you or any taxpayer for the purpose of avoiding any penalties that may be imposed on you or any taxpayer and (2) may not be used or referred to by you or any other person in connection with promoting, marketing or recommending to another person any transaction or matter addressed herein.