# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES ESTAKHRIAN,<br><br>        Plaintiff,<br><br>        v.<br><br>MARK OBENSTINE, et al.,<br><br>        Defendants. | Case No. CV 11-3480 FMO (CWx)<br><br>**JUDGMENT RE: ATTORNEY'S FEES AND COSTS** |

Pursuant to the Court's Order Re: Attorney's Fees & Costs, filed contemporaneously with the filing of this Judgment, IT IS ADJUDGED THAT class counsel shall be paid $3.6 million in attorney's fees and $30,704.74 in costs from the common fund.

Dated this 8th day of July, 2019.

                                                  /s/
                                    Fernando M. Olguin
                                  United States District Judge