Evan D. Williams (SBN: 297538)
The Law Office of Evan D. Williams
19069 Van Buren Blvd., Suite 114-230
Riverside, CA 92508
Telephone: (951) 888-2095
evan@ewilliamslegal.com

Attorney for Defendant, Mark Obenstine

# UNITED STATES DISTRICT COURT
# FOR THE
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES ESTAKHRIAN AND ABDI NAZIRI, on behalf of themselves and others similarly situated<br><br>Plaintiff,<br><br>v.<br><br>MARK OBENSTINE, et al.<br><br>Defendants. | Case No.: 2:11-cv-03480-FMO-CW<br><br>AMENDED NOTICE OF APPEAL TO THE UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT |

Defendant Mark Obenstine appeals to the United States Court of Appeals for the Ninth Circuit from the final judgement of the district court, entered in this case on March 26, 2019. Mr. Obenstine challenges all interlocutory orders, in favor of Plaintiffs, that gave rise to the judgment, including but not limited to the FINDINGS OF FACT AND CONCLUSIONS OF LAW filed March 26, 2019 (Dkt #621) the JUDGMENT, filed March 26, 2019 (Dkt #622), and the AMENDED JUDGMENT, filed July 8, 2019 (Dkt# 638).

1 | DATED: July 31, 2019

    /s/ Evan D. Williams
Evan D. Williams
Attorney for Appellant
Mark Obenstine

Evan D. Williams (SBN: 297538)
The Law Office of Evan D. Williams
19069 Van Buren Blvd., Suite 114-230
Riverside, CA 92508
Telephone: (951) 888-2095
evan@ewilliamslegal.com

Attorney for Defendant, Mark Obenstine

# UNITED STATES DISTRICT COURT
# FOR THE
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES ESTAKHRIAN and ABDI NAZIRI, on behalf of themselves and others similarly situated<br><br>Plaintiff,<br><br>v.<br><br>Mark Obenstine, et al.<br><br>Defendants. | Case No.: 2:11-cv-03480-FMO-CW<br><br>**DEFENDANT/APPELLANTS' STATEMENT OF REPRESENTATION** |

    The undersigned represents Defendant/Appellant, Mark Obenstine, in this matter and no others.

    The remaining parties to this action are Plaintiff/Appellee, JAMES ESTAKHRIAN and Plaintiff/Appellee, ABDI NAZIRI.

Defendant/Appellant is currently represented by:

Evan D. Williams (SBN: 297538)
The Law Office of Evan D. Williams
19069 Van Buren Blvd. Suite 114-230
Riverside, CA 92508
Telephone: (951) 888-2095
Email: evan@ewilliamslegal.com

Plaintiffss/Appellee, James Estakhrian and Abdi Naziri are currently represented by:

S. Ron Alikani
Irvine Law Group
780 Roosevelt
Irvine, CA 92620
949-653-6153
ralikani@irvinelawgroup.com

Nance F. Becker
Chavez and Gertler LLP
42 Miller Avenue
Mill Valley, CA 94941
415-381-5599
nance@chavezgertler.com

Mark A. Chavez
Chavez and Gertler LLP
42 Miller Avenue
Mill Valley, CA 94941
415-381-5599
mark@chavezgertler.com

Raymond C Fay
Fay Law Group PLLC
1250 Connecticut Avenue NW Suite 200
Washington, DC 20036
202-263--4604
Fax: 202-722-1393
Email: rfay@faylawdc.com

| | |
|---|---|
| 1 | Steven M Skalet |
| 2 | Merhi and Skalet PLLC |
| | 1250 Connecticut Avenue NW Suite 300 |
| 3 | Washington, DC 20036 |
| 4 | 202-822-5100 |
| | Fax: 202-822-4997 |
| 5 | Email: Sskalet@findjustice.com |

DATED: July 31, 2019

                                                      /s/ Evan D. Williams
                                                      Evan D. Williams
                                                      Attorney for Appellant
                                                      Mark Obenstine

Plaintiff's Notice of Appeal; Statement of Representation

Evan D. Williams (SBN: 297538)
The Law Office of Evan D. Williams
19069 Van Buren Blvd., Suite 114-230
Riverside, CA 92508
Telephone: (951) 888-2095
 evan@ewilliamslegal.com

Attorney for Plaintiff, Mark Obenstine

# UNITED STATES DISTRICT COURT
# FOR THE
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JAMES ESTAKHRIAN and ABDI NAZIRI, on behalf of themselves and others similarly situated**<br><br>**Plaintiff,**<br><br>v.<br><br>**Mark Obenstine, et al.**<br><br>**Defendants.** | **Case No.:** 2:11-cv-03480-FMO-CW<br><br>**Certificate of Service** |

    This is to certify that on July 31, 2019, a true and correct copy of the AMENDED NOTICE OF APPEAL TO THE UNITED STATES COURT OF APPEAL FOR THE NINTH CIRCUIT, and PLAINTIFF/APPELLANT'S Statement of Representation were filed electronically with this Court, thus giving all parties and their attorneys notice and copies of said documents via the Court's CM/ECF and/or the PACER system.

DATED: July 31, 2019

                                                     /s/ Evan D. Williams
                                                  Evan D. Williams
                                                  Attorney for Appellant
                                                  Mark Obenstine