# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 11-3480 FMO (CWx) | Date | January 13, 2020 |
|---|---|---|---|
| Title | James Estakhrian, et al. v. Mark Obenstine, et al. | | |

| Present: The Honorable | Fernando M. Olguin, United States District Judge | |
|---|---|---|
| Vanessa Figueroa | None | None |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorney Present for Plaintiff(s): | Attorney Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:** (In Chambers) Order Re: Ex Parte Application

Having reviewed plaintiffs' Ex Parte Application for Order to Show Cause Re: Contempt (Dkt. 646, "Application"), the court will construe the Application as a motion. Accordingly, IT IS ORDERED THAT:

1. Defendant Mark Obenstine ("Obenstine") shall file his Opposition to the Motion no later than **January 21, 2020**.

2. Plaintiffs shall file their Reply brief no later than **January 28, 2020**.

3. The hearing on the Motion will take place on **February 6, 2020, at 10:00 a.m.** in Courtroom 6D.

4. Defendant Obenstine is ordered to appear at the hearing. Failure of defendant Obenstine to appear at the hearing shall result in the granting of the Motion as well as the imposition of sanctions.

|  | 00 : 00 |
|---|---|
| Initials of Preparer | vdr |