UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 11-3480 FMO (CWx) | Date | February 27, 2020 |
|---|---|---|---|
| Title | James Estakhrian, et al. v. Mark Obenstine, et al. | | |

| Present: The Honorable | Fernando M. Olguin, United States District Judge | |
|---|---|---|
| Vanessa Figueroa | Maria Bustillos | None |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiff(s): | Attorney Present for Defendant(s): |
|---|---|
| S. Ron Alikani<br>Mark A. Chavez | Christopher W. Turnbow |

**Proceedings:** **Hearing on Continued Order to Show Cause Re: Contempt**

The court and counsel confer regarding the pending Order to Show Cause Re: Contempt as stated on the record.

The court notes that defendant Mark Obenstine did not appear in person at the hearing and failed to file the Declaration regarding the Property located at 909 SW Schaeffer Road, West Linn, Oregon 97068 ("Declaration"), in violation of the Order to Show Cause Re Contempt. (Dkt. 653, "OSC re Contempt"). The court will grant plaintiffs' Ex Parte Application for Order to Show Cause Re: Contempt (Dkt. 646, "Application"), concerning the property injunction. Plaintiffs' counsel shall provide the court with a proposed order no later than **March 2, 2020**.

Defendant Obenstine shall, no later than **February 28, 2020**, file the Declaration required by the OSC re Contempt. (Dkt. 653). Failure to file the Declaration by February 28, 2020, shall result in the imposition of sanctions in the amount of one-thousand dollars ($1,000.00) per day for each day the Declaration is not filed.

Defendant's counsel shall, no later than **February 27, 2020**, file a Declaration (under penalty of perjury) Re: Notice Given to Defendant ("Declaration Re: Notice") setting forth the time and type of notice defense counsel provided defendant Obenstine regarding the order to file the Declaration by February 28, 2020. Defendant's counsel's failure to file his Declaration Re: Notice shall result in the imposition of sanctions. Defense counsel shall admonish his client regarding his conduct and continued failure to comply with this court's orders.

| | 00 : 10 |
|---|---|
| | Initials of Preparer    vdr |