C. William Turnbow (290322)
Email: will@turnbowlawfirm.com
TURNBOW LAW FIRM
110 W. "A" Street, Ste. 750
San Diego, California 92101
Telephone: (619) 663-8369

Attorney for Defendant: MARK OBENSTINE

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES ESTAKHRIAN and ABDI NAZIRI, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>MARK OBENSTINE, et al.,<br><br>Defendants. | Case No.: CV 11-3480 FMO (CWx)<br><br>**DECLARATION OF MARK OBENSTINE PURSUANT TO COURT ORDER DOCUMENT # 653, § 2 AND COURT HEARING MINUTES DOCUMENT # 659.**<br><br>Courtroom: 6D<br>Judge: Hon. Fernando M. Olguin |

1. I, MARK OBENSTINE, declare and state that I am a defendant in the above-captioned matter. I have personal knowledge of the facts contained herein, except as to those matters, which are based on my information and belief, and as to those matters, I believe them to be true, and if called to testify in this matter, I could and would competently testify thereto.

2. This Declaration is submitted per request of the Court pursuant to § 2 of the Court's order, Document # 653 regarding real property 909 SW Shaeffer Road,

1

West Linn, Oregon 97068 (the "Property"), and the Court's hearing minutes, Document # 659.

3. I was forced to refinance the mortgage on the Property on or about September 8, 2018 since the term of original mortgage on the Property had expired. A true and correct copy of the closing documentation regarding that refinancing is attached hereto as **Exhibit A.**

4. The refinancing company, Citadel, required me to pay all outstanding property taxes for the Property, and thus required me to apply for a loan that was larger than the original loan.

5. I was forced to obtain a home equity line of credit in February of 2019 due to my inability to properly maintain the Property and service the Citadel mortgage.

6. I have not consummated any other transactions of any type regarding the Property since November 19, 2017.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and I executed this declaration on February 28, 2020, in West Linn, Oregon.

/Mark Obenstine/
Mark Obenstine

# EXHIBIT A

# Closing Disclosure

This form is a statement of final loan terms and closing costs. Compare this document with your Loan Estimate.

| Closing Information | | Transaction Information | | Loan Information | |
|---|---|---|---|---|---|
| Date Issued | 10/04/2018 | Borrower | Mark R. Obenstine<br>909 SW Schaeffer RD<br>West Linn, OR 97068 | Loan Term | 30 years |
| Closing Date | 09/24/2018 | | | Purpose | Refinance |
| Disbursement Date | 09/28/2018 | | | Product | 5/1 Adjustable Rate |
| Settlement Agent | ServiceLink, LLC | Lender | Citadel Servicing Corporation | Loan Type | ☑ Conventional ☐ FHA<br>☐ VA ☐ |
| File # | 24355316 | | | | |
| Property | 909 Southwest Schaeffer Road<br>West Linn, OR 97068 | | | Loan ID # | 5001636 |
| | | | | MIC # | |
| Appraised Prop. Value | $1,750,000.00 | | | | |

## Loan Terms

| | | Can this amount increase after closing? |
|---|---|---|
| Loan Amount | $1,125,000 | NO |
| Interest Rate | 5.374% | YES • Adjusts **every year** starting in year 6<br>• Can go **as high as 11.374%** in year 8<br>• See **AIR Table on page 4** for details |
| **Monthly Principal & Interest**<br>See Projected Payments below for your Estimated Total Monthly Payment | $6,298.98 | YES • Adjusts **every year** starting in year 6<br>• Can go **as high as $10,354** in year 8 |
| | | Does the loan have these features? |
| Prepayment Penalty | | NO |
| Balloon Payment | | NO |

## Projected Payments

| Payment Calculation | Years 1-5 | Year 6 | Year 7 | Years 8-30 |
|---|---|---|---|---|
| Principal & Interest | $6,298.98 | $6,299 min<br>$7,589 max | $6,299 min<br>$8,946 max | $6,299 min<br>$10,354 max |
| Mortgage Insurance | + 0.00 | + 0.00 | + 0.00 | + 0.00 |
| Estimated Escrow<br>Amount can increase over time | + 2,102.21 | + 2,102.21 | + 2,102.21 | + 2,102.21 |
| Estimated Total Monthly Payment | $8,401.19 | $8,401-$9,691 | $8,401-$11,048 | $8,401-$12,456 |

| Estimated Taxes, Insurance & Assessments<br>Amount can increase over time<br>See Page 4 for details | $2,102.21<br>a month | This estimate includes:<br>☑ Property Taxes<br>☑ Homeowner's Insurance<br>☐ Other:<br>See Escrow Account on page 4 for details. You must pay for other property costs separately. | In escrow?<br>YES<br>YES |
|---|---|---|---|

## Costs at Closing

| Closing Costs | $47,585.40 | Includes $16,538.00 in Loan Costs + $31,047.40 in Other Costs - $0.00 in Lender Credits. See page 2 for details. |
|---|---|---|
| Cash to Close | $17,686.32 | Includes Closing Costs. See Calculating Cash to Close on page 3 for details.<br>☐ From ☑ To Borrower |

CLOSING DISCLOSURE  PAGE 1 OF 5 • LOAN ID # 5001636

## Closing Cost Details

| Loan Costs | | Borrower-Paid At Closing | Borrower-Paid Before Closing | Paid by Others |
|---|---|---|---|---|
| **A. Origination Charges** | | **$12,545.00** | | |
| 01    % of Loan Amount (Points) | | | | |
| 02  Loan Origination Fee | | 11,250.00 | | |
| 03  Underwriting Fee | | 1,295.00 | | |
| 04 | | | | |
| 05 | | | | |
| 06 | | | | |
| 07 | | | | |
| 08 | | | | |
| **B. Services Borrower Did Not Shop For** | | **$3,993.00** | | |
| 01  Appraisal Fee | to Proteck | | | 1,000.00 |
| 02  Title - Abstract or Title Search | to ServiceLink, LLC | 30.00 | | |
| 03  Title - Endorsements | to ServiceLink, LLC | 200.00 | | |
| 04  Title - Lender Coverage | to ServiceLink, LLC | 2,288.00 | | |
| 05  Title - Settlement Agent Fee | to ServiceLink, LLC | 475.00 | | |
| 06 | | | | |
| 07 | | | | |
| 08 | | | | |
| **C. Services Borrower Did Shop For** | | **$0.00** | | |
| 01 | | | | |
| 02 | | | | |
| 03 | | | | |
| 04 | | | | |
| 05 | | | | |
| 06 | | | | |
| 07 | | | | |
| 08 | | | | |
| **D. TOTAL LOAN COSTS (Borrower-Paid)** | | **$16,538.00** | | |
| Loan Costs Subtotals (A + B + C) | | 15,538.00 | 1,000.00 | |

### Other Costs

| | | Borrower-Paid At Closing | Borrower-Paid Before Closing | Paid by Others |
|---|---|---|---|---|
| **E. Taxes and Other Government Fees** | | **$208.00** | | |
| 01  Recording Fees | Deed:$208.00  Mortgage: | 208.00 | | |
| 02 | | | | |
| **F. Prepaids** | | **$26,634.98** | | |
| 01  Homeowner's Insurance Premium (  mo.) | | | | |
| 02  Mortgage Insurance Premium (  mo.) | | | | |
| 03  Prepaid Interest ($167.9375 per day  from 09/28/2018 to 10/01/2018) | | 503.81 | | |
| 04  Property Taxes (12 mo.) to Clackamas County Treasurer | | 26,131.17 | | |
| 05 | | | | |
| **G. Initial Escrow Payment at Closing** | | **$4,204.42** | | |
| 01  Homeowner's Insurance | $  122.58 per month for  12 mo. | 1,470.96 | | |
| 02  Mortgage Insurance | | | | |
| 03  Property Taxes | $  1,979.63 per month for   2 mo. | 3,959.26 | | |
| 04 | | | | |
| 05 | | | | |
| 06 | | | | |
| 07 | | | | |
| 08  Aggregate Adjustment | | -1,225.80 | | |
| **H. Other** | | **$0.00** | | |
| 01 | | | | |
| 02 | | | | |
| 03 | | | | |
| 04 | | | | |
| 05 | | | | |
| 06 | | | | |
| 07 | | | | |
| 08 | | | | |
| **I. TOTAL OTHER COSTS (Borrower-Paid)** | | **$31,047.40** | | |
| Other Costs Subtotals (E + F + G + H) | | 31,047.40 | | |
| **J. TOTAL CLOSING COSTS (Borrower-Paid)** | | **$47,585.40** | | |
| Closing Costs Subtotals (D + I) | | 46,585.40 | 1,000.00 | |
| Lender Credits | | | | |

**Payoffs and Payments** — Use this table to see a summary of your payoffs and payments to others from your loan amount

| TO | | AMOUNT |
|---|---|---|
| 01 | FCI Lender Services, Inc. to pay off Mortgage | 973,431.00 |
| 02 | Delinquent property taxes 2017 to pay off Taxes | 26,289.55 |
| 03 | Delinquent Property taxes 2016 to pay off Taxes | 29,208.31 |
| 04 | Delinquent Property Taxes 2015 to pay off Taxes | 31,734.61 |
| 05 | Clackamas County to pay off Lien | 64.81 |
| 06 | | |
| 07 | | |
| 08 | | |
| 09 | | |
| 10 | | |
| 11 | | |
| 12 | | |
| 13 | | |
| 14 | | |
| 15 | | |
| **K. TOTAL PAYOFFS AND PAYMENTS** | | 1,060,728.28 |

**Calculating Cash to Close** — Use this table to see what has changed from your Loan Estimate.

| | Loan Estimate | Final | Did this change? |
|---|---|---|---|
| Loan Amount | $1,125,000.00 | $1,125,000.00 | NO |
| Total Closing Costs (J) | -$30,974.00 | -$47,585.40 | YES • See Total Loan Costs (D) and Total Other Costs (I) |
| Closing Costs Paid Before Closing | $0 | $1,000.00 | YES • You paid these Closing Costs **before closing** |
| Total Payoffs and Payments (K) | -$1,065,407.00 | -$1,060,728.28 | YES • See **Payoffs and Payments (K)** |
| **Cash to Close** | $28,619.00<br>☐ From ☑ To Borrower | $17,686.32<br>☐ From ☑ To Borrower | Closing Costs Financed (Paid from your Loan Amount)  $46,585.40 |

CLOSING DISCLOSURE  PAGE 3 OF 5 • LOAN ID # 5001636

# Additional Information About This Loan

## Loan Disclosures

### Assumption
If you sell or transfer this property to another person, your lender
- ☑ will allow, under certain conditions, this person to assume this loan on the original terms.
- ☐ will not allow assumption of this loan on the original terms.

### Demand Feature
Your loan
- ☐ has a demand feature, which permits your lender to require early repayment of the loan. You should review your note for details.
- ☑ does not have a demand feature.

### Late Payment
If your payment is more than *15* days late, we will charge a late fee of *5% of the principal and interest portion of your payment.*

### Negative Amortization (Increase in Loan Amount)
Under your loan terms, you
- ☐ are scheduled to make monthly payments that do not pay all of the interest due that month. As a result, your loan amount will increase (negatively amortize), and your loan amount will likely become larger than your original loan amount. Increases in your loan amount lower the equity you have in this property.
- ☐ may have monthly payments that do not pay all of the interest due that month. If you do, your loan amount will increase (negatively amortize), and, as a result, your loan amount may become larger than your original loan amount. Increases in your loan amount lower the equity you have in this property.
- ☑ do not have a negative amortization feature.

### Partial Payments
Your lender
- ☐ may accept payments that are less than the full amount due (partial payments) and apply them to your loan.
- ☑ may hold them in a separate account until you pay the rest of the payment, and then apply the full payment to your loan.
- ☐ does not accept any partial payments.

If this loan is sold, your new lender may have a different policy.

### Security Interest
You are granting a security interest in

*909 Southwest Schaeffer Road*

*West Linn, OR 97068*

You may lose this property if you do not make your payments or satisfy other obligations for this loan.

### Escrow Account
*For now,* your loan
- ☑ will have an escrow account (also called an "impound" or "trust" account) to pay the property costs listed below. Without an escrow account, you would pay them directly, possibly in one or two large payments a year. Your lender may be liable for penalties and interest for failing to make a payment.

#### Escrow

| | | |
|---|---|---|
| Escrowed Property Costs over Year 1 | $25,226.52 | Estimated total amount over year 1 for your escrowed property costs: Homeowner's Insurance, Property Taxes |
| Non-Escrowed Property Costs over Year 1 | $0.00 | Estimated total amount over year 1 for your non-escrowed property costs: You may have other property costs. |
| Initial Escrow Payment | $4,204.42 | A cushion for the escrow account you pay at closing. See Section G on page 2. |
| Monthly Escrow Payment | $2,102.21 | The amount included in your total monthly payment. |

- ☐ will not have an escrow account because ☐ you declined it ☐ your lender does not offer one. You must directly pay your property costs, such as taxes and homeowner's insurance. Contact your lender to ask if your loan can have an escrow account.

#### No Escrow

| | | |
|---|---|---|
| Estimated Property Costs over Year 1 | | Estimated total amount over year 1. You must pay these costs directly, possibly in one or two large payments a year. |
| Escrow Waiver Fee | | |

*In the future,*

Your property costs may change and, as a result, your escrow payment may change. You may be able to cancel your escrow account, but if you do, you must pay your property costs directly. If you fail to pay your property taxes, your state or local government may (1) impose fines and penalties or (2) place a tax lien on this property. If you fail to pay any of your property costs, your lender may (1) add the amounts to your loan balance, (2) add an escrow account to your loan, or (3) require you to pay for property insurance that the lender buys on your behalf, which likely would cost more and provide fewer benefits than what you could buy on your own.

### Adjustable Interest Rate (AIR) Table

| | |
|---|---|
| Index + Margin | One Year Treasury Constant Maturity + 2.95% |
| Initial Interest Rate | 5.374% |
| Minimum/Maximum Interest Rate | 5.374% / 11.374% |
| **Change frequency** | |
| First Change | Beginning of 61st month |
| Subsequent Changes | Every 12th month after first change |
| **Limits on Interest Rate Changes** | |
| First Change | 2% |
| Subsequent Changes | 2% |

### Loan Calculations

| | |
|---|---|
| **Total of Payments.** Total you will have paid after you make all payments of principal, interest, mortgage insurance, and loan costs, as scheduled. | $2,308,044.28 |
| **Finance Charge.** The dollar amount the loan will cost you. | $1,179,526.28 |
| **Amount Financed.** The loan amount available after paying your upfront finance charge. | $1,111,476.19 |
| **Annual Percentage Rate (APR).** Your costs over the loan term expressed as a rate. This is not your interest rate. | 5.561% |
| **Total Interest Percentage (TIP).** The total amount of interest that you will pay over the loan term as a percentage of your loan amount. | 103.689% |



**Questions?** If you have questions about the loan terms or costs on this form, use the contact information below. To get more information or make a complaint, contact the Consumer Financial Protection Bureau at

**www.consumerfinance.gov/mortgage-closing**

### Other Disclosures

**Appraisal**
If the property was appraised for your loan, your lender is required to give you a copy at no additional cost at least 3 days before closing. If you have not yet received it, please contact your lender at the information listed below.

**Contract Details**
See your note and security instrument for information about
- what happens if you fail to make your payments,
- what is a default on the loan,
- situations in which your lender can require early repayment of the loan, and
- the rules for making payments before they are due.

**Liability after Foreclosure**
If your lender forecloses on this property and the foreclosure does not cover the amount of unpaid balance on this loan,

☑ state law may protect you from liability for the unpaid balance. If you refinance or take on any additional debt on this property, you may lose this protection and have to pay any debt remaining even after foreclosure. You may want to consult a lawyer for more information.

☐ state law does not protect you from liability for the unpaid balance.

**Refinance**
Refinancing this loan will depend on your future financial situation, the property value, and market conditions. You may not be able to refinance this loan.

**Tax Deductions**
If you borrow more than this property is worth, the interest on the loan amount above this property's fair market value is not deductible from your federal income taxes. You should consult a tax advisor for more information.

### Contact Information

| | Lender | Mortgage Broker | Real Estate Broker (B) | Real Estate Broker (S) | Settlement Agent |
|---|---|---|---|---|---|
| **Name** | Citadel Servicing Corporation | | N/A | N/A | ServiceLink, LLC |
| **Address** | 15707 Rockfield Blvd, Suite 320 Retail Division Irvine, CA 92618 | | N/A | N/A | 1355 Cherrington Pkwy Moon Township, PA 15108 |
| **NMLS ID** | 144549 | | | | |
| **OR License ID** | ML-5599 | | | | 100165443 |
| **Contact** | Stephen Park | | | | Guadalupe Kavanaugh |
| **Contact NMLS ID** | 314971 | | | | |
| **Contact OR License ID** | N/A | | | | 100165443 |
| **Email** | stephenp@citadelservicing.com | | | | slescrow@svclnk.com |
| **Phone** | (949) 900-6630 | | | | (714) 734-3279 |

### Confirm Receipt

By signing, you are only confirming that you have received this form. You do not have to accept this loan because you have signed or received this form.

_____  _____  _____  _____
Mark R. Obenstine                Date            Co-Applicant Signature           Date

CLOSING DISCLOSURE  PAGE 5 OF 5 • LOAN ID # 5001636

# ADDENDUM TO CLOSING DISCLOSURE

This Addendum contains additional information. It does not replace any information disclosed on the Closing Disclosure.

**Summaries of Transactions**  Use this table to see a summary of your transaction.

**BORROWER'S TRANSACTION**

| | |
|---|---|
| **K. Due from Borrower at Closing** | **$1,107,313.68** |
| **Payoffs and Payments** | |
| 04 a. To FCI Lender Services, Inc. to pay off Mortgage | $973,431.00 |
| 04 b. To Delinquent property taxes 2017 to pay off Taxes | $26,289.55 |
| 04 c. To Delinquent Property taxes 2016 to pay off Taxes | $29,208.31 |
| 04 d. To Delinquent Property Taxes 2015 to pay off Taxes | $31,734.61 |
| 04 e. To Clackamas County to pay off Lien | $64.81 |

