# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 11-3480 FMO (CWx) | Date | September 28, 2021 |
|---|---|---|---|
| Title | James Estakhrian, et al. v. Mark Obenstine, et al. | | |

Present: The Honorable   Fernando M. Olguin, United States District Judge

| Gabriela Garcia | None | None |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorney Present for Plaintiff(s): None Present

Attorney Present for Defendant(s): None Present

**Proceedings:**  (In Chambers) Order Re: Status Conference

Having reviewed the case file, including the Ninth Circuit's Mandate, (Dkt. 667), IT IS ORDERED THAT:

1. The parties shall attend a status conference on **October 28, 2021**, at **11:00 a.m.** in Courtroom 6D.

2. Plaintiffs' Ex Parte Application for Order to Show Cause Re: Contempt (Dkt. 646, "Application") is **denied without prejudice** as to any remaining unresolved issues. (See Dkt. 659, Court's Order of February 27, 2020). The Application may, if appropriate, be reinstated following the status conference.

|  | 00 : 00 |
|---|---|
| Initials of Preparer | gga |