UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES - GENERAL

| Case No. | CV 11-3480-FMO (CWx) | Date | October 28, 2021 |
|---|---|---|---|
| Title | James Estakhrian v. Mark Obenstine et al | | |

| Present: The Honorable | Fernando M. Olguin, United States District Judge |
|---|---|

| Gabriela Garcia | Maria Bustillos |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| Ron Alikani | None |

**Proceedings:** STATUS CONFERENCE

The parties confer as set forth on the record.

The court notes that no appearance is made by defendant or his counsel.

Plaintiffs shall advise the court if any post-judgment or enforcement matters need to be addressed.

IT IS SO ORDERED.

| | 00 | : | 24 |
|---|---|---|---|
| | Initials of Preparer | | gga |