IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES ESTAKHRIAN and ABDI NAZIRI, on behalf of themselves and all others similarly situated,<br>      Plaintiffs,<br>v.<br><br>MARK OBENSTINE, BENJAMIN F. EASTERLIN IV, TERRY A. COFFING, KING & SPALDING, LLP and MARQUIS & AURBACH, P.C.,<br><br>      Defendants. | Case No. 2:11-cv-3480-FMO-CW<br><br>Hon. Fernando M. Olguin<br><br>**[PROPOSED] ORDER AUTHORIZING SALE OF PROPERTY** |

   Whereas on July 8, 2019, the Court entered an Amended Judgment (ECF No 638).

   Whereas under the Amended Judgment, defendant Mark Obenstine was not allowed to sell his residence at 909 SW Schaeffer Road, West Linn, Oregon 97068 (the "Property") without first providing the Court with certain information

regarding the sale and transmitting the net sale proceeds of the sale to the registry of the Court for distribution upon further Court order.

Whereas on July 27, 2022, Mr. Obenstine, through First American Title Company that is handling the escrow for the sale, provided the Court via email with information about the sale.

Based upon its review of the information Mr. Obenstine provided to the Court on July 27, 2022, and the Court being first duly advised,

IT IS ORDERED,

The Court authorizes the sale of the Property on the terms and provisions Mr. Obenstine provided to the Court on July 27, 2022.

The Clerk of the Court is instructed to provide wire instructions to First American Title Company and to accept receipt of the net sale proceeds of the sale for disposition upon further order of the Court.

### [PROPOSED] ORDER

IT IS SO ORDERED and signed by me this _____ day of ____, 2022.

_____
Fernando M. Olguin
United States District Judge